Law Offices of Eric F. Fagan # 87071
efagan@efaganlaw.com
2220 Otay Lakes Rd. #502-84
Chula Vista, Ca. 91915
Phone: 619-656-6656  fax:  775-898-5471
Attorney for Plaintiffs ARMANDO ABUAN and LINDA NGUYEN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABUAN, and LINDA NGUYEN,<br><br>　　　　Plaintiffs<br>v.<br><br>ASSET ACCEPTANCE LLC, a corporation; MARY ACEVES, an individual; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants | Civil Case No.:  C 06 04342 JW RS<br><br>**REQUEST FOR TELEPHONIC INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Time: 10:00 AM<br>Date: November 13, 2006<br>Judge: James Ware |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Because counsel for the plaintiff ARMANDO ABUAN and LINDA NGUYEN are located in San Diego, California, counsel respectfully requests to be allowed to appear at the November 13, 2006 Initial Case Management Conference via telephone from his office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

Dated 10/12/2006

　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　Eric F Fagan, Attorney for Plaintiffs

1  The court Hereby grants the request for Eric F. Fagan to appear at the above-mentioned Initial Case
2  Management Conference telephonically.  Counsel for plaintiff will contact the courtroom deputy at (408) 535-
3  5356 with a phone number to participate in conference by November 8th, 2006.

4  Date:___10/19/06____                    _____*James Ware*_____
5                                             The Hon. James Ware