| | |
|---|---|
| Eric F. Fagan (SBN 87071) | Tomio Narita (SBN 156576) |
| Jeremy S. Golden (SBN 228007) | Jeffrey A. Topor (SBN 195545) |
| LAW OFFICES OF ERIC F. FAGAN | SIMMONDS & NARITA LLP |
| 2220 Otay Lakes Rd. #502-84 | 44 Montgomery Street, Suite 3010 |
| Chula Vista, CA 91915 | San Francisco, CA 94104-4811 |
| Tel: 619-656-6656; Fax: 775-898-5471 | Tel: 415-283-1000; Fax: 415-352-2625 |
| jeremy@efaganlaw.com | jtopor@snllp.com |
| Attorney for Plaintiffs | Attorney for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABUAN, and LINDA NGUYEN, <br><br> Plaintiffs <br> v. <br><br> ASSET ACCEPTANCE LLC, a corporation; MARY ACEVES, an individual; and DOES 1 through 10 inclusive, <br><br> Defendants | Civil Case No.: C-06-04342-JW-RS <br><br> **JOINT STIPULATION OF DISMISSAL** ; ORDER OF DISMISSAL <br><br> IT IS SO ORDERED <br> /s/ James Ware <br> Judge James Ware |

IT IS HEREBY STIPULATED by and between the Plaintiffs and the Defendants that the entire action and all parties be dismissed pursuant to FRCP 41(a)(1) with prejudice. Each side shall bear their own costs and fees.

//
//
//
//

1

JOINT STIPULATION OF DISMISSAL

1

2  DATED: June 12, 2007

3

4                                          /s/ Eric F. Fagan
                                        Eric F. Fagan
5                                       Attorney for Plaintiff

6

7  DATED: June 12, 2007

8

9
                                        _____
10                                      Jeffrey A. Topor
                                        Attorney for Defendants
11

12
   //
13
   //
14
                           [PROPOSED] ORDER
15
        IT IS HEREBY ORDERED that the entire action and all parties be dismissed pursuant
16
   to FRCP 41(a)(1) with prejudice.
17

18
   IT IS SO ORDERED,
19

20
   DATED:  June 14, 2007           _____
21
                                   JUDGE OF THE DISTRICT COURT
22

23

24

25

26

27

28